THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHATEAUGAY ORE AND IRON COMPANY and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. H. T. KELLOGG, J., not sitting.

LOUISE P. TRUEBIG and WILHELMINA P. GOEBEL, Respondents, v. GEORGE C. GOEBEL, Appellant, and Others.— Motion denied. All concur, except Kiley, J., dissenting; Van Kirk, J., not sitting.

LEROY WESTFALL, Appellant, v. HARVEY LEAMON and EMMA LEAMON, Respondents.— Motion denied.·

MARY J. WOOD, as Administratrix, etc., of WALSTEIN H. WOOD, Deceased, Appellant, v. SARAH K. CLAPP, Respondent.— Motion denied.

---

## FOURTH DEPARTMENT, SEPTEMBER, 1921.

HERBERT W. SPEARES, Respondent, v. MARION C. HERSEY and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

ELIZABETH FORD, as Administratrix, etc., Respondent, v. BUFFALO, LOCKPORT AND ROCHESTER RAILWAY COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

MICHAEL LOVULLO, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JAMES W. STEVENS, Defendant.— Appeal dismissed upon stipulation filed.

CATHERINE COTRISS, Respondent, v. VILLAGE OF MEDINA, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

FRANK ANDREZEJEWSKI, an Infant, etc., Respondent, v. WELCH COAL COMPANY, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

EXCHANGE NATIONAL BANK OF OLEAN, Respondent, v. ESTHER B. SHERIDAN and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

FRANK SNYDER, Respondent, v. WILLIAM J. CONNERS and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

ALBERT J. COLTON, Respondent, v. NICOLA DIGLIO, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

HERBERT S. SISSON, as State Commissioner of Excise, Plaintiff, v. VICTOR GULLEN and Another, Defendants.— Appeal dismissed, without costs, upon stipulation filed.

PETER STAUFER, Respondent, v. DEO BRASTED, Appellant.— Motion granted and appeal dismissed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ANDREW J. ABEL, Respondent.— Motion granted and appeal dismissed.